Christopher L. Perkins (VSB No. 41783)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219
Telephone:  (804) 788-9636
Facsimile:  (804) 698-2950
Email: cperkins@eckertseamans.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| In re: <br><br> MELISSA G. KRUMBEIN, <br><br> Debtor. | Chapter 7 <br><br> Case No. 20-12128 |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of **Old Towne Retail Investments, LLC**, a Delaware limited liability company (the "Landlord"), as landlord, creditor and party-in-interest in the above-captioned case. Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

Christopher L. Perkins
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219
Telephone:  (804) 788-9636
Facsimile:  (804) 698-2950
Email: cperkins@eckertseamans.com

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Landlord to (i) have final orders in non-core matters entered only after de novo review by a District Judge (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

Dated: September 22, 2020          Respectfully Submitted,

*/s/ Christopher L. Perkins*
Christopher L. Perkins (VSB No. 41783)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219
Telephone: (804) 788-9636
Facsimile: (804) 698-2950
Email: cperkins@eckertseamans.com

E. Duffy Myrtetus (VSB No. 33830)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219
Telephone: (804) 778-7740
Facsimile: (804) 698-2950
Email: emyrtetus@eckertseamans.com

Counsel to Old Towne Retail Investments, LLC

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 22nd day of September 2020, a true and correct copy of the foregoing was sent electronically to the Office of the United States Trustee, Counsel for the Debtors, and to any party receiving ECF Notices in these cases.

              */s/ Christopher L. Perkins*