| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Melissa G Krumbein** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5151** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter   **7   9/22/20** |
| Case number:   **20–12128–BFK** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Melissa G Krumbein | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 450 N Washington St Apt 312 <br> Falls Church, VA 22046–3454 | |
| 4. | **Debtor's attorney** <br> Name and address | Robert R. Weed <br> Law Offices Of Robert Weed <br> 13800 Coppermine Rd <br> Herndon, VA 20171 | Contact phone (703) 335–7793 <br> Email: robertweedlaw@yahoo.com |
| 5. | **Bankruptcy trustee** <br> Name and address | H. Jason Gold <br> 341 Dial 877–973–4749 Code: 9974082 <br> Nelson Mullins Riley and Scarborough LLP <br> 101 Constitution Avenue, N.W. Suite 900 <br> Washington, DC 20001 | Contact phone (202) 712–2800 <br> Email: <br> jason.gold@nelsonmullins.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: September 23, 2020 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 19, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**For telephonic 341 creditors meeting, dial–in contact information see 341, notice, section 5. For updates, see, www.vaeb.uscourts.gov** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** December 18, 2020 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                   page 3

```
                            United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                             Case No. 20-12128-BFK
Melissa G Krumbein                                                 Chapter 7
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0422-9          User: chandlerk              Page 1 of 2              Date Rcvd: Sep 23, 2020
                              Form ID: 309A                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db              Melissa G Krumbein,    450 N Washington St Apt 312,    Falls Church, VA   22046-3454
aty            +Christopher L. Perkins,    Eckert Seamans Cherin & Mellott, LLC,
                 919 East Main Street, Suite 1300,    Richmond, VA 23219-4624
15470828       +Best Buy/CBNA,    PO Box 6217,    Sioux Falls, SD 57117-6217
15470831        C&F Bank,   Po Box 6335,    Fargo, ND 58125-6335
15470830        C&F Bank,   PO Box 790408,    Saint Louis, MO 63179-0408
15470834       +CBE/Dominion Energy VA,    PO Box 2547,    Waterloo, IA 50704-2547
15470833       +Capital One,    PO Box 21887,    Saint Paul, MN 55121-0887
15470836       +Client Services/Chase Bank,    3451 Harry S Truman,    St Charles, MO 63301-4047
15470837        Cody T Murphey Esq,    Eckert Seamans,    919 E Main St Ste 1300,    Richmond, VA 23219-4624
15470838        County of Henrico Waterr,    Po Box 90775,    Henrico, VA 23228-9775
15470840        E Duffy Myrtetus Esq,    Eckert Seamans,    919 E Main St Ste 1300,    Richmond, VA 23219-4624
15470842        Henrico GDC,    Attn Civil,    4301 E Parham Rd,    Henrico, VA 23228-2745
15470845       +L.L. Bean Mastercard/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
15470846       +Liberty Mutual,    175 Berkeley St,    Boston, MA 02116-3350
15470850       +MRS BPO LLC,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
15470849       +Midland Credit Management,    320 E. BIG BEAVER RD. STE 300,    Troy, MI 48083-1271
15470851        Old Towne Retail Investments, LLC,    1545 Faraday Ave,    Carlsbad, CA 92008-7449
15470854       +Target/TD Bank,    7000 Target Pkwy N, Mail Stop NCD-0450,    Minneapolis, MN 55445-4301
15470855        Towne Insurance Agency,    301 Bendix Rd Ste 300,    Virginia Bch, VA 23452-1385
15470856       +United Collection Bureau,    5620 Southwyck Blvd 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: robertweedlaw@yahoo.com Sep 24 2020 06:02:19      Robert R. Weed,
                 Law Offices Of Robert Weed,    13800 Coppermine Rd,    Herndon, VA   20171
tr             +EDI: FHJGOLD.COM Sep 24 2020 09:38:00      H. Jason Gold,    341 Dial 877-973-4749 Code: 9974082,
                 Nelson Mullins Riley and Scarborough LLP,    101 Constitution Avenue, N.W. Suite 900,
                 Washington, DC 20001-2133
15470826        EDI: URSI.COM Sep 24 2020 09:38:00      Altran Financial,    Box 722929,   Houston, TX 77272-2929
15470829        EDI: BMW.COM Sep 24 2020 09:38:00      BMW Financial Services,    PO Box 3608,   Dublin, OH 43016
15470827       +EDI: TSYS2.COM Sep 24 2020 09:38:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
15470832       +EDI: CAPITALONE.COM Sep 24 2020 09:38:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
15470835       +EDI: CITICORP.COM Sep 24 2020 09:38:00      Citicards CBNA,    POB 6241,
                 Sioux Falls, SD 57117-6241
15470839        E-mail/Text: DEbankruptcy@domenergy.com Sep 24 2020 06:02:38      Dominion Energy Virginia,
                 PO Box 26543,    Richmond, VA 23290
15470841       +EDI: USBANKARS.COM Sep 24 2020 09:38:00      Elan Financial Svcs,    PO BOX 790084,
                 Saint Louis, MO 63179-0084
15470843        EDI: JPMORGANCHASE Sep 24 2020 09:38:00      JPMBC,    PO BOX 15298,   Wilmington, DE 19850
15470844       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 24 2020 06:02:42
                 Kohls Department Stores,    PO Box 3115,    Milwaukee, WI 53201-3115
15470847        E-mail/Text: bknotices@mbandw.com Sep 24 2020 06:03:20      McCarthy Burgess & Wolff,
                 26000 Cannon Rd,    Cleveland, OH 44146-1807
15470848       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 24 2020 06:09:58      Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
15470852        E-mail/Text: goalrealignment@payoff.zendesk.com Sep 24 2020 06:02:28      Payoff Inc,
                 3200 Park Center Dr,    Costa Mesa, CA 92626-7163
15470853       +E-mail/PDF: clerical@simmassociates.com Sep 24 2020 06:09:56      SIMM Associates Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
15470857        EDI: VERIZONCOMB.COM Sep 24 2020 09:33:00      Verizon Virginia, Inc.,    500 Technology Dr # 500,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Old Towne Retail Investments, LLC
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0422-9          User: chandlerk          Page 2 of 2          Date Rcvd: Sep 23, 2020
                              Form ID: 309A            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
          Christopher L. Perkins    on behalf of Creditor   Old Towne Retail Investments, LLC
           cperkins@eckertseamans.com
          H. Jason Gold     jason.gold@nelsonmullins.com,
           VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
           alex.reilly@nelsonmullins.com
          John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
          Robert R. Weed    on behalf of Debtor Melissa G Krumbein robertweedlaw@yahoo.com,
           atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com;LawOffices
           OfRobertWeed@jubileebk.net
                                                                                         TOTAL: 4
```