**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **In re:**<br><br>**MELISSA G. KRUMBEIN,**<br><br>Debtor. | Case No. 20-12128-BFK<br><br>Chapter 7<br><br>Hearing: December 8, 2020 at 9:30 a.m.<br>Courtroom 3, Third Floor |

## NOTICE OF MOTION AND NOTICE OF HEARING

The United States Trustee has filed a motion to extend the time to object to the Debtor's discharge or to file a motion to dismiss with the Court. The United States Trustee has requested that the deadline be extended by 90 days to March 18, 2021.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **November 25, 2020** you or your attorney must:

- File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

- Attend the hearing scheduled to be held on **December 8, 2020 at 9:30 o'clock a.m.** in Courtroom No. 3 on the Third Floor, at the United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

Office of United States Trustee
Kristen S. Eustis
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
kristen.s.eustis@usdoj.gov

■       A copy of any written response must be mailed to the following persons:

          United States Trustee for Region 4
          1725 Duke Street, Suite 650
          Alexandria, VA  22314

       If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  November 10, 2020          John P. Fitzgerald, III
          Acting United States Trustee, Region Four

          By:  */s/ Kristen S. Eustis*
          Kristen S. Eustis, Trial Attorney
          Federal Bar No. 89729
          Office of the United States Trustee
          1725 Duke St., Suite 650
          Alexandria, VA 22314
          (703) 557-7227- Direct Dial
          (202) 934-4173 – Office Cell
          Kristen.S.Eustis@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on November 10, 2020, I electronically filed the foregoing with the Clerk of the Court and, under Fed. R. Bankr. 9036 and CM/ECF Policy 9, served it on the parties listed below who are registered Users of the of the CM/ECF system, by the Notice of Electronic filing generated by the Court's ECF system; and upon all the parties listed below, by first class mail, postage prepaid.

**Melissa G Krumbein**
450 N Washington St Apt 312
Falls Church, VA 22046-3454

**Robert R. Weed**
Law Offices Of Robert Weed
13800 Coppermine Rd
Herndon, VA 20171
Email: robertweedlaw@yahoo.com

**H. Jason Gold**
Nelson Mullins Riley and Scarborough LLP
101 Constitution Avenue, N.W. Suite 900
Washington, DC 20001

              */s/ Paula F. Blades*
              Paula F. Blades
              Paralegal Specialist