# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   20−12128−BFK
**Chapter**   7
**Judge**   Brian F. Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Melissa G Krumbein
 450 N Washington St Apt 312
Falls Church, VA 22046−3454

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−5151

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor:  NA

## NOTICE OF HEARING

A

*22* − Motion to Extend Time to Object to Discharge , and Motion to Extend Time to File Motion to Dismiss (Related Document(s)[5] Auto Assign Meeting of Creditors Chapter 7 Individual/Joint) filed by Kristen S. Eustis of Office of the United States Trustee on behalf of John P. Fitzgerald, III. Hearing scheduled for 12/8/2020 at 09:30 AM at Judge Kenney's Courtroom, 200 S Washington St, 2nd Flr, Courtroom I, Alexandria, VA. (Attachments: # 1 Proposed Order) (Eustis, Kristen)

  has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**   December 8, 2020        **Time:**   09:30 AM

**Location:**

Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

Under Local Bankruptcy Rule 9013−1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion [*or application or proposed action*] as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  November 19, 2020                                For the Court,

                                                         William C. Redden, Clerk

[USTVAN022vDec2009.jsp]    United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 20-12128-BFK

Melissa G Krumbein  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0422-9   User: chandlerk   Page 1 of 2
Date Rcvd: Nov 19, 2020   Form ID: VAN22UST   Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Melissa G Krumbein, 450 N Washington St Apt 312, Falls Church, VA 22046-3454 |
| 15470827 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15470828 | + | Best Buy/CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15470830 | | C&F Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 15470831 | | C&F Bank, Po Box 6335, Fargo, ND 58125-6335 |
| 15470834 | + | CBE/Dominion Energy VA, PO Box 2547, Waterloo, IA 50704-2547 |
| 15470833 | + | Capital One, PO Box 21887, Saint Paul, MN 55121-0887 |
| 15470835 | + | Citicards CBNA, POB 6241, Sioux Falls, SD 57117-6241 |
| 15470836 | + | Client Services/Chase Bank, 3451 Harry S Truman, St Charles, MO 63301-4047 |
| 15470837 | | Cody T Murphey Esq, Eckert Seamans, 919 E Main St Ste 1300, Richmond, VA 23219-4624 |
| 15470838 | | County of Henrico Waterr, Po Box 90775, Henrico, VA 23228-9775 |
| 15470840 | | E Duffy Myrtetus Esq, Eckert Seamans, 919 E Main St Ste 1300, Richmond, VA 23219-4624 |
| 15470841 | + | Elan Financial Svcs, PO BOX 790084, Saint Louis, MO 63179-0084 |
| 15470842 | | Henrico GDC, Attn Civil, 4301 E Parham Rd, Henrico, VA 23228-2745 |
| 15470845 | + | L.L. Bean Mastercard/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15470846 | + | Liberty Mutual, 175 Berkeley St, Boston, MA 02116-3350 |
| 15470850 | + | MRS BPO LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15470849 | + | Midland Credit Management, 320 E. BIG BEAVER RD. STE 300, Troy, MI 48083-1271 |
| 15470851 | | Old Towne Retail Investments, LLC, 1545 Faraday Ave, Carlsbad, CA 92008-7449 |
| 15470854 | + | Target/TD Bank, 7000 Target Pkwy N, Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |
| 15470855 | | Towne Insurance Agency, 301 Bendix Rd Ste 300, Virginia Bch, VA 23452-1385 |
| 15470856 | + | United Collection Bureau, 5620 Southwyck Blvd 206, Toledo, OH 43614-1501 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 20 2020 04:00:08 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15470826 | | Email/Text: bnc@alltran.com | Nov 20 2020 04:13:00 | Altran Financial, Box 722929, Houston, TX 77272-2929 |
| 15476257 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 20 2020 03:58:32 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15470829 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Nov 20 2020 03:58:37 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 15470832 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 20 2020 04:01:44 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15470839 | | Email/Text: DEbankruptcy@domenergy.com | Nov 20 2020 04:12:00 | Dominion Energy Virginia, PO Box 26543, Richmond, VA 23290 |
| 15470843 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 20 2020 03:58:30 | JPMBC, PO BOX 15298, Wilmington, DE 19850 |
| 15470844 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 20 2020 04:12:00 | Kohls Department Stores, PO Box 3115, |

Case 20-12128-BFK  Doc 28  Filed 11/21/20  Entered 11/22/20 00:17:46  Desc Imaged
Certificate of Notice  Page 4 of 4

| District/off: 0422-9 | User: chandlerk | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: VAN22UST | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Milwaukee, WI 53201-3115 |
| 15470847 | | Email/Text: bknotices@mbandw.com | Nov 20 2020 04:14:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 15470848 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2020 03:58:29 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15470852 | | Email/Text: goalrealignment@payoff.zendesk.com | Nov 20 2020 04:12:00 | Payoff Inc, 3200 Park Center Dr, Costa Mesa, CA 92626-7163 |
| 15470853 | + | Email/PDF: clerical@simmassociates.com | Nov 20 2020 04:01:44 | SIMM Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15470857 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 20 2020 04:12:00 | Verizon Virginia, Inc., 500 Technology Dr # 500, Weldon Spring, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Old Towne Retail Investments, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2020   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher L. Perkins | on behalf of Creditor Old Towne Retail Investments  LLC cperkins@eckertseamans.com |
| H. Jason Gold | jason.gold@nelsonmullins.com VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee John P. Fitzgerald  III Kristen.S.Eustis@usdoj.gov |
| Robert R. Weed | on behalf of Debtor Melissa G Krumbein robertweedlaw@yahoo.com atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com;LawOfficesOfRobertWeed@jubileebk.net |

TOTAL: 5