# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| **TO:**<br>Kristen S. Eustis<br>Office of the United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314 | **In re:** Melissa G Krumbein<br><br>**Case Number** 20−12128−BFK<br>**Chapter** 7 |

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*19* − Motion for 2004 Examination and Production of Documents by Debtor Melissa G. Krumbein filed by Kristen S. Eustis of Office of the United States Trustee on behalf of John P. Fitzgerald, III. (Attachments: # 1 Proposed Order) (Eustis, Kristen)

**REQUIREMENTS OF FORM/PROCESS:**

_  Not accompanied by "Request for Waiver to File by Flash Drive or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by flash drive or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

_  Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

_

**MOTION FOR EXPEDITED HEARING [LBR 9013−1(N)]:**

_  Not accompanied by Certification Regarding Request for Expedited Hearing*.

_

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

_  Not accompanied by proof of service indicating service of motion upon parties required to be served.

_  Notice as required by LBR 4001(a)−1(C) not clearly stated or conspicuously provided in motion.

_  Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

_

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

**X**  Official Form 420A* − Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

_  Official Form 420B* − Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

_  Date, time and/or location omitted or incorrect in Notice of Hearing.

_  Notice of Hearing/Response not properly linked to Motion/Application/Objection

_

**MOTION TO RESTRICT PUBLIC ACCESS TO SENSITIVE CASE INFORMATION:**

_  Proposed redacted document not previously filed or not filed as a separate attachment to the motion

_  Motion does not state the docket or proof of claim number of the previously filed document sought to be restricted.

_

*\*A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  November 19, 2020                              CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Kimberly J. Chandler, Deputy Clerk
Direct Dial Telephone No. 703−258−1216

[igmotionvNov2019.jsp]

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 20-12128-BFK |
| Melissa G Krumbein | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: chandlerk | Page 1 of 1 |
| Date Rcvd: Nov 19, 2020 | Form ID: igmoti19 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa G Krumbein, 450 N Washington St Apt 312, Falls Church, VA 22046-3454 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher L. Perkins | on behalf of Creditor Old Towne Retail Investments LLC cperkins@eckertseamans.com |
| H. Jason Gold | jason.gold@nelsonmullins.com<br>VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee John P. Fitzgerald III Kristen.S.Eustis@usdoj.gov |
| Robert R. Weed | on behalf of Debtor Melissa G Krumbein robertweedlaw@yahoo.com<br>atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com;LawOfficesOfRobertWeed@jubileebk.net |

TOTAL: 5