N THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>Melissa G. Krumbein,<br><br>      Debtor. | Case No. 20-12128-BFK<br>Chapter 7 |

**CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR 2004 EXAMINATION OF DEBTOR MELISSA G. KRUMBEIN**

This matter came before the court on the motion of the Acting United States Trustee for Region 4 for an order requiring **MELISSA G. KRUMBEIN** to provide oral testimony and documents pursuant to Bankruptcy Rule 2004(a).

It appearing to the court that the requested relief should be granted.

**IT IS HEREBY ORDERD** that:

1.    The Acting United States Trustee's motion is granted. The Acting U.S. Trustee is authorized to conduct a 2004 examination of **MELISSA G. KRUMBEIN** who shall appear and testify under oath at the Office of the United States Trustee, 1725 Duke Street, Suite 650, Alexandria, Virginia 22314 or by video conference, on the date and time specified in a written notice of the 2004 examination, to be given by the Acting United States Trustee, pursuant to this Order.  Such examination is to be recorded by a court reporter.

2.    **MELISSA G. KRUMBEIN** shall produce for the Office of the United States Trustee, within 30 days of the entry of this order:

    a.  Signed complete copies of federal and state tax returns filed by Melissa G. Krumbein for 2017, 2018, and 2019. Copies should include all attachments filed with each return.

b. Signed complete copies of federal and state tax returns for *any entity* that Melissa G. Krumbein has or had an interest in for 2017, 2018 and, if filed, 2019. Copies should include all attachments filed with each return.

c. Provide documentation supporting any and all alleged business debts listed on the Debtor's schedules filed with the Court on October 6, 2020 (Doc. No. 15).

d. Provide documentation supporting any business loans that the Debtor is obligated to repay.

e. Provide documentation supporting any and all consumer debt listed on the Debtor's schedules filed with the Court.

f. Provide documentation supporting the Debtor's employment in Northern Virginia including pay stubs and contract.

g. Provide copies of the mortgage statement relating to the real property listed on the Debtor's Schedule A.

h. Provide copies of any and all deeds relating to the real property listed on the Debtor's Schedule A.

i. Provide copies of any and all mortgages relating to the real property listed on the Debtor's Schedule A.

j. Provide a copy of the lease for the property the Debtor is renting in Northern Virginia and any agreement among the tenants named thereon.

The clerk shall serve by first class mail a copy of this order, or give electronic notice of the entry of this order on the docket, to the parties listed below.

Date: Dec 10 2020

/s/ Brian F Kenney

Brian F. Kenney
U. S. Bankruptcy Judge

Entered on Docket: December 10, 2020

WE ASK FOR THIS:

| | |
|---|---|
| JOHN P. FITZGERALD, III<br>ACTING U. S. TRUSTEE FOR REGION 4 | MELISSA G. KRUMBEIN<br>DEBTOR |
| By: */s/ Kristen S. Eustis*<br>Kristen S. Eustis<br>VA Bar No. 89729<br>Trial Attorney<br>Office of United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314<br>(703) 557-7227<br>Kristen.S.Eustis@usdoj.gov | By: */s/ Robert R. Weed*<br>Robert R. Weed<br>Law Offices Of Robert Weed<br>13800 Coppermine Rd<br>Herndon, VA 20171<br>Email: robertweedlaw@yahoo.com<br>*Counsel for Debtor* |

Copies To:

**Melissa G Krumbein**
450 N Washington St Apt 312
Falls Church, VA 22046-3454
*Debtor*

**Robert R. Weed**
Law Offices Of Robert Weed
13800 Coppermine Rd
Herndon, VA 20171
Email: robertweedlaw@yahoo.com
*Counsel for Debtor*

**H. Jason Gold**
Nelson Mullins Riley and Scarborough LLP
101 Constitution Avenue, N.W. Suite 900
Washington, DC 20001
*Chapter 7 Trustee*

**Kristen S. Eustis**
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Email: Kristen.S.Eustis@usdoj.gov
*Counsel for Acting U. S. Trustee*