IN THE 1UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**In re:**

**MELISSA G. KRUMBEIN,**

    **Debtor.**

Case No. 20-12128-BFK

Chapter 7

**CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S
MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO
DISCHARGE OF THE DEBTOR OR TO FILE A MOTION TO DISMISS**

This matter came before the court on the motion of the Acting United States Trustee for Region 4 for an order extending the time to file a complaint objecting to the discharge of the debtor, Melissa G. Krumbein, pursuant to 11 U.S.C. § 727 or to file a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3).

It appearing to the court that the requested relief should be granted and the parties having by counsel indicated their consent to the relief by their signatures below.

**IT IS HEREBY ORDERD** that:

1.      The United States Trustee's motion to extend time to file a complaint objecting to the discharge of the Debtor or to file a motion to dismiss is hereby **GRANTED**; and the time within which the United States Trustee must file a complaint pursuant to 11 U.S.C. § 727(a) or 11 U.S.C. § 707(b)(3) is extended to January 29, 2021.

The clerk shall serve by first class mail a copy of this order, or give electronic notice of the entry of this order on the docket, to the parties listed below.

Date: Dec 10 2020

/s/ Brian F Kenney

Brian F. Kenney
U. S. Bankruptcy Judge

Entered on Docket: December 10, 2020

WE ASK FOR THIS:

| JOHN P. FITZGERALD, III | MELISSA G. KRUMBEIN |
| ACTING U. S. TRUSTEE FOR REGION 4 | DEBTOR |

By: */s/ Kristen S. Eustis*
Kristen S. Eustis
VA Bar No. 89729
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

By: */s/ Robert R. Weed*
Robert R. Weed
Law Offices Of Robert Weed
13800 Coppermine Rd
Herndon, VA 20171
Email: robertweedlaw@yahoo.com
*Counsel for Debtor*

Copies To:

Melissa G Krumbein
450 N Washington St Apt 312
Falls Church, VA 22046-3454

Robert R. Weed
Law Offices Of Robert Weed
13800 Coppermine Rd
Herndon, VA 20171
Email: robertweedlaw@yahoo.com

H. Jason Gold
Nelson Mullins Riley and Scarborough LLP
101 Constitution Avenue, N.W. Suite 900
Washington, DC 20001

Kristen S. Eustis
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Email: Kristen.S.Eustis@usdoj.gov
*Counsel for Acting U.S. Trustee*