**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Melissa G Krumbein** | Social Security number or ITIN **xxx–xx–5151** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Virginia**

Case number:  **20–12128–BFK**

## Discharge of Debtor                                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Melissa G Krumbein

<u>February 1, 2021</u>                                    **For the court:**        William C. Redden
                                                                                                          Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                      Case No. 20-12128-BFK
Melissa G Krumbein                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: chandlerk      Page 1 of 3
Date Rcvd: Feb 01, 2021      Form ID: 318      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Melissa G Krumbein, 450 N Washington St Apt 312, Falls Church, VA 22046-3454 |
| 15470830 | | C&F Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 15470831 | | C&F Bank, Po Box 6335, Fargo, ND 58125-6335 |
| 15470834 | + | CBE/Dominion Energy VA, PO Box 2547, Waterloo, IA 50704-2547 |
| 15470833 | + | Capital One, PO Box 21887, Saint Paul, MN 55121-0887 |
| 15470836 | + | Client Services/Chase Bank, 3451 Harry S Truman, St Charles, MO 63301-4047 |
| 15470837 | | Cody T Murphey Esq, Eckert Seamans, 919 E Main St Ste 1300, Richmond, VA 23219-4624 |
| 15470838 | | County of Henrico Waterr, Po Box 90775, Henrico, VA 23228-9775 |
| 15470840 | | E Duffy Myrtetus Esq, Eckert Seamans, 919 E Main St Ste 1300, Richmond, VA 23219-4624 |
| 15470842 | | Henrico GDC, Attn Civil, 4301 E Parham Rd, Henrico, VA 23228-2745 |
| 15470845 | + | L.L. Bean Mastercard/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15470846 | + | Liberty Mutual, 175 Berkeley St, Boston, MA 02116-3350 |
| 15470850 | + | MRS BPO LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 15470849 | + | Midland Credit Management, 320 E. BIG BEAVER RD. STE 300, Troy, MI 48083-1271 |
| 15470851 | | Old Towne Retail Investments, LLC, 1545 Faraday Ave, Carlsbad, CA 92008-7449 |
| 15470854 | + | Target/TD Bank, 7000 Target Pkwy N, Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |
| 15470855 | | Towne Insurance Agency, 301 Bendix Rd Ste 300, Virginia Bch, VA 23452-1385 |
| 15470856 | + | United Collection Bureau, 5620 Southwyck Blvd 206, Toledo, OH 43614-1501 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 02 2021 08:58:00 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15470826 | | EDI: URSI.COM | Feb 02 2021 08:58:00 | Altran Financial, Box 722929, Houston, TX 77272-2929 |
| 15476257 | + | EDI: AISACG.COM | Feb 02 2021 08:58:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15470829 | | EDI: BMW.COM | Feb 02 2021 08:58:00 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 15470827 | + | EDI: TSYS2.COM | Feb 02 2021 08:58:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15470828 | + | EDI: CITICORP.COM | Feb 02 2021 08:58:00 | Best Buy/CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15470832 | + | EDI: CAPITALONE.COM | Feb 02 2021 08:58:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15470835 | + | EDI: CITICORP.COM | Feb 02 2021 08:58:00 | Citicards CBNA, POB 6241, Sioux Falls, SD 57117-6241 |
| 15470839 | | Email/Text: DEbankruptcy@domenergy.com | Feb 02 2021 08:06:00 | Dominion Energy Virginia, PO Box 26543, Richmond, VA 23290 |

| District/off: 0422-9 | User: chandlerk | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2021 | Form ID: 318 | Total Noticed: 35 |

| 15470841 | + | EDI: USBANKARS.COM | Feb 02 2021 08:58:00 | Elan Financial Svcs, PO BOX 790084, Saint Louis, MO 63179-0084 |
| 15470843 | | EDI: JPMORGANCHASE | Feb 02 2021 08:58:00 | JPMBC, PO BOX 15298, Wilmington, DE 19850 |
| 15470844 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 02 2021 08:06:00 | Kohls Department Stores, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15470847 | | Email/Text: bknotices@mbandw.com | Feb 02 2021 08:08:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 15470848 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 02 2021 07:49:25 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15470852 | | Email/Text: goalrealignment@payoff.zendesk.com | Feb 02 2021 08:05:00 | Payoff Inc, 3200 Park Center Dr, Costa Mesa, CA 92626-7163 |
| 15470853 | + | Email/PDF: clerical@simmassociates.com | Feb 02 2021 07:49:31 | SIMM Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15470857 | | EDI: VERIZONCOMB.COM | Feb 02 2021 08:58:00 | Verizon Virginia, Inc., 500 Technology Dr # 500, Weldon Spring, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Old Towne Retail Investments, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher L. Perkins | on behalf of Creditor Old Towne Retail Investments  LLC cperkins@eckertseamans.com |
| H. Jason Gold | jason.gold@nelsonmullins.com VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee John P. Fitzgerald  III Kristen.S.Eustis@usdoj.gov |

District/off: 0422-9 User: chandlerk Page 3 of 3
Date Rcvd: Feb 01, 2021 Form ID: 318 Total Noticed: 35

Robert R. Weed
       on behalf of Debtor Melissa G Krumbein robertweedlaw@yahoo.com
       atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com;LawOfficesOfRobertWeed@jubileebk.net

TOTAL: 5